UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>LAWRENCE EDWARD BROWN,<br><br>    a/k/a "L" | Crim. No. 07-743-1 |

**MEMORANDUM/ORDER**

July 15, 2008

In light of yesterday's order suppressing statements made by defendant Lawrence Edward Brown's co-defendant, Thysone Smith, in Criminal Case No. 07-743-2, it is hereby ORDERED that: (1) defendant Brown's "Motion for Severence of Defendants," Docket No. 50, is WITHDRAWN by agreement of defendant and (2) defendant Brown's "Motion in Limine to Exclude Statement by Non-Testifying Defendant," Docket No. 51, is DISMISSED as moot.

It is further ORDERED, for reasons given in the memorandum/order filed yesterday as Docket No. 56, that defendant Brown's remaining motions filed *pro se*, Docket Nos. 54 and 55, are DISMISSED without prejudice to resubmission, provided that any resubmitted motion is filed by defendant Brown's counsel of record, not by Mr. Brown.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.